REBECCA D. TAKACS, SBN 304015
takacs@oles.com
OLES MORRISON RINKER & BAKER, LLP
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 903-2001
Facsimile: (510) 903-2015

*Attorneys for Plaintiff,*
*Stellar Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STELLAR LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FL3XX GmbH, a foreign entity; ONLINE DELIVERY TECHNOLOGIES a foreign entity and DOES 1 through 25, inclusive,<br><br>Defendants. | **Case No.: 3:21-cv-05879-SK**<br><br>Judge: Hon. Sallie Kim<br>Hearing: October 4, 2021 at 9:30 a.m<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pursuant to Federal Rule of Evidence 201(b)(2), Plaintiff Stellar Labs, Inc. requests judicial notice of the following facts and information:

1.  The 2021 National Business Aviation Association - Business Aviation Convention & Exhibition (NBAA-BACE) will be hosted in Las Vegas, Nevada from October 12-14, 2021. Attached hereto as Exhibit 1 is a true and correct copy of the "Event" page for the NBAA-BACE event information at https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/ .

• 1 •

2.  Defendant Online Delivery Technologies's website located at the following domain name https://www.onlinedeliverytechnologies.com/about stating: "Online Delivery Technologies (ODT) is a cloud services provider located in Greenville, South Carolina with the exclusive delivery rights for FL3XX - the leading aviation management platform that integrates the entire aircraft operational workflow into a single source - in North America." and "ODT operates and maintains the FL3XX software services on FedRAMP-approved AWS East-West cloud services. We maintain our customer data exclusively on U.S. territory, in compliance with all applicable U.S. privacy laws and regulations." Attached hereto as Exhibit 2 is a true and correct copy of the "About" page of the Online Delivery Technologies website.

3.  The National Business Aviation Associates ("NBAA") website located at the following URL https://nbaa21.mapyourshow.com/8_0/exhibitor/exhibitor-details.cfm?exhid=262219 showing that FL3XX GmbH reserved Booth "West Hall – 3128" for the NBAA-BACE. Attached hereto as Exhibit 3 is a true and correct copy of the exhibit detail for FL3XX GmbH on the NBAA website.

4.  "Online Delivery Technologies, Inc." is not registered with the State of Delaware Division of Corporations as a Delaware corporation.  Attached hereto as Exhibit 4 is a true and correct copy of the search results from the State of Delaware Division of Corporations for an entity named "Online Delivery Technologies, Inc.," Online Delivery Technologies," or "Online Delivery Technologies Inc."

5.  Philip Coulombe's LinkedIn profile showing his job history at FL3XX from April 2020 – May 2021 and Online Delivery Technologies, Inc. from May 2021 - Present. Attached hereto as Exhibit 5 is a true and correct copy of Philip Coulombe's LinkedIn profile from September 20, 2021.

6. On May 11, 2021, the website www.onlinedeliverytechnologies.com, was created. Attached hereto as Exhibit 6 is a true and correct copy of the Internet Corporation for Assigned Names and Numbers ("ICANN") domain information.

7. The 2021 NBAA-BACE company listing of exhibitors available at https://nbaa21.mapyourshow.com/8_0/#/ , a true and correct copy of which is attached hereto as Exhibit 7.

Dated:  September 30, 2021                              OLES MORRISON RINKER & BAKER LLP

By: */s/ Rebecca D. Takacs*
    Rebecca D. Takacs
    Attorney for Plaintiff
    Stellar Labs, Inc.

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 492 Ninth Street, Suite 220, Oakland, California 94607. On October 1, 2021, I served a true copy of the document listed below on the involved parties in said cause, in the manner indicated as follows.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

| | |
|---|---|
| Peter Vestal, Esq.<br>Niesar & Vestal LLP<br>90 New Montgomery Street, 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5300<br>Facsimile: (415) 882-5400<br><br>*Attorney for Defendants*<br>*FL3XX GmbH and*<br>*Online Delivery Technologies* | ☐ **Via USDC CM-ECF system**<br>☐ Via U.S. Mail<br>☒ Via email: pvestal@nvlawllp.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Oakland, California, on October 1, 2021.

_____
Delores McCullum