9/23/21, 3:01 PM    2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | National Business Aviation Association

Case 3:21-cv-05879-EMC   Document 17-1   Filed 10/04/21   Page 1 of 21

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**

Home (https://nbaa.org/) > NBAA-BACE & Other Events (https://nbaa.org/events/) > 2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE)

# 2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE)

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/04/21 Page 2 of 21

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for
all attendees and exhibitors.

**Learn More**



## Event Date

Oct. 12-14, 2021

## Event Location

Las Vegas, NV

Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

Case 3:21-cv-05879-EMC   Document 17-1   Filed 10/01/21   Page 3 of 21

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

REGISTER NOW (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AV

# OCT. 12-14, 2021
# LAS VEGAS, NV

It's on! Engines are roaring, the skies are clearing and we are firing up for the most epic event in NBAA history. The 2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) is guaranteed to be a transformational event that provides you an unmatched opportunity to get connected and power your business forward.

## Join us as we bring our industry together in one of the world's greatest venues, in a brand new space — at what will be a most extraordinary moment in time.

---

## NBAA-BACE: Getting Together, Safely (https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/nbaa-bace-getting-together-safely/)

## NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors. Learn more about participant requirements and safety measures. (https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/nbaa-bace-getting-together-safely/)

Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for
all attendees and exhibitors.

**Learn More**



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-
bace/attend-2021-nbaa-bace/)

# WHY ATTEND 2021 NBAA-BACE
# (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-
# AVIATION-CONVENTION-EXHIBITION-NBAA-
# BACE/ATTEND-2021-NBAA-BACE/)

NBAA-BACE will be a truly transformative week, as we come
together to unite with each other and ignite the imagination.
Here's why you can't miss it!



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/2021-nbaa-bace-program-schedule/)

# PROGRAM SCHEDULE (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-PROGRAM-SCHEDULE/)

Review the 2021 NBAA-BACE exhibit hours and the full schedule of events, including the complete list of education sessions, Professional Development Program (PDP) courses and special events.

9/23/21, 3:01 PM 2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | National Business Aviation Association

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/04/21 Page 6 of 21



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/registration/)

# REGISTRATION (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/REGISTRATION/)

Register to attend the 2021 NBAA-BACE in Las Vegas though the secure online form.

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/01/21 Page 7 of 21

## NBAA-BACE is On. We're Gathering, Safely.

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/nbaa-bace-getting-together-safely/)

Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

Case 3:21-cv-05879-EMC   Document 17-1   Filed 10/04/21   Page 8 of 21

NBAA-BACE On: More Gathering Safely

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

Learn More

# GETTING TOGETHER, SAFELY (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/NBAA-BACE-GETTING-TOGETHER-SAFELY/)

Review the requirements for all NBAA-BACE participants and the steps taken by NBAA, the Las Vegas Convention Center (LVCC) and Henderson Executive Airport to ensure a safe, interactive and successful event for all attendees and exhibitors.



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/2021-nbaa-bace-exhibitor-directory-floor-plan/)

NBAA-BACE's No. 1 Priority: Attendee and Exhibitor Safety
NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.                                    Learn More

# EXHIBITOR DIRECTORY & FLOOR PLAN (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-EXHIBITOR-DIRECTORY-FLOOR-PLAN/)

Browse the 2021 NBAA-BACE exhibitor directory and floor plan and review the Buyer's Guide for exhibitors organized by products and service categories.



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/hotel-transportation/)

9/23/21, 3:01 PM    2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | National Business Aviation Association

Case 3:21-cv-05879-EMC  Document 17-1  Filed 10/06/21  Page 10 of 21

NBAA-BACE is an "All In" Safe-Plus Event.
NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

Learn More

# HOTEL & TRANSPORTATION (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/HOTEL-TRANSPORTATION/)

Book your Las Vegas hotel through onPeak, the official housing coordinator for NBAA-BACE.



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/2021-nbaa-bace-topic-areas/)

# 2021 NBAA-BACE TOPIC AREAS (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-TOPIC-AREAS/)

**NBAA-BACE is Live in 2021 as NBAA-BACE key topic areas that will be**
**Preview a list of defining NBAA**
NBAA is working to ensure a safe, interactive and successful event for
all attendees and exhibitors.

**covered by education sessions, exhibits and special events.**

Learn More



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-
bace/2021-nbaa-bace-newsroom/)

# NEWSROOM (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-NEWSROOM/)

Get the latest news about the 2021 NBAA-BACE, which
promises to be a historic and transformational event.

9/23/21, 3:01 PM    2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | National Business Aviation Association

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 12 of 21



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/2021-nbaa-bace-mobile-app/)

# MOBILE APP (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-MOBILE-APP/)

The free NBAA Events mobile app includes information for 2021 NBAA-BACE to help you make the most of your experience on-site in Las Vegas.

9/23/21, 3:01 PM     2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | NBAA - National Business Aviation Association

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 13 of 21



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/2021-nbaa-bace-hybrid-content/)

# NBAA-BACE HYBRID CONTENT (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/2021-NBAA-BACE-HYBRID-CONTENT/)

New to 2021, NBAA will offer a full program of NBAA-BACE education sessions, as well as exclusive, web-only features, to both in-person and at-home attendees.



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/exhibit-at-2021-nbaa-bace/)

# EXHIBIT AT 2021 NBAA-BACE (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/EXHIBIT-AT-2021-NBAA-BACE/)

Exhibit at 2021 NBAA-BACE to strengthen your brand's recognition in the industry and gain access to decision-makers and buyers of aviation products and services.

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 15 of 21



(https://nbaa.org/events/2021-nbaa-business-aviation-convention-exhibition-nbaa-bace/sponsor-2021-nbaa-bace/)

# SPONSOR 2021 NBAA-BACE (HTTPS://NBAA.ORG/EVENTS/2021-NBAA-BUSINESS-AVIATION-CONVENTION-EXHIBITION-NBAA-BACE/SPONSOR-2021-NBAA-BACE/)

At the 2021 NBAA-BACE there are a full range of sponsorship and branding opportunities to ensure optimal brand-alignment, visibility and recognition at the show.

NBAA thanks its generous sponsors for supporting 2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE)

**NBAA-BACE is On. We're Gathering Safely.** general event sponsors    **Learn More**

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.





  

 

 



Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 17 of 21

## NBAA-BACE is On. We're Gathering, Safely.

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**


















9/23/21, 3:01 PM    2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | National Business Aviation Association

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 18 of 21

## NBAA-BACE is On. We're Gathering, Safely.

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**














Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

Case 3:21-cv-05879-EMC Document 17-1 Filed 10/06/21 Page 19 of 21

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**





















Exh. 1 - Request for Judicial Notice ISO Ex Parte TRO

9/23/21, 3:01 PM    2021 NBAA Business Aviation Convention & Exhibition (NBAA-BACE) | NBAA - National Business Aviation Association

Case 3:21-cv-05879-EMC   Document 17-1   Filed 10/06/21   Page 20 of 21

## NBAA-BACE is On. We're Gathering, Safely.

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**





















Sponsor of  (https://noplanenogain.org/)

Member of  International Business Aviation Council Ltd. (http://www.ibac.org/)

© 2021 National Business Aviation Association

**NBAA-BACE is On. We're Gathering, Safely.**

NBAA is working to ensure a safe, interactive and successful event for all attendees and exhibitors.

**Learn More**