

# About ODT

# The FL3XX Aviation Management Solution hosted and managed by ODT

## Who We Are

**Online Delivery Technologies (ODT)** is a cloud services provider located in Greenville, South Carolina with the exclusive delivery rights for **FL3XX** - the leading aviation management platform that integrates the entire aircraft operational workflow into a single source - in North America.

## What We Do

### Reach Out To Us Now

Looking for more information? Can't find the answers you need? Just want to say hi? We're always here to chat.

Name *

| First Name | Last Name |



ABOUT

**ODT** operates and maintains the **FL3XX** software services on FedRAMP-approved AWS East-West cloud services. We maintain our customer data exclusively on U.S. territory, in compliance with all applicable U.S. privacy laws and regulations.

For any relevant queries, please contact us at **compliance@onlinedeliverytechnologies.com** .

Company *

Message *

Submit



Hosting the complete aviation management solution for charter sales, dispatch, crew, maintenance, and

**Online Delivery Technologies, Inc.**

**1 Aviation Lane**

**Greenville, SC 29607,**

**United States of America**

**Support: +1 (202) 816-5810**

Sign In



**ABOUT**

All Rights Reserved © 2021