

# FL3XX

Add To My Show Planner      Add Note

## Contact Us

Kolingasse 11 Vienna, 1090
Austria

www.fl3xx.com        Phone: 43 (670) 3082762

 

## Booths

West Hall — 3128

## About FL3XX

Founded in 2010, FL3XX is the leading web and app-based aviation management platform for charter and scheduled airlines. The platform helps teams in sales, ops, management, rostering, and maintenance to manage and optimize flights extremely fast, reliably, and in sync. Over 80 operators worldwide already rely on the feature-complete service and can seamlessly connect to over 100 integrated services to save thousands of work hours every month.



Exh. 3 - Request for Judicial Notice ISO Ex Parte TRO

# Product Categories

**Computer Software Services & Consultants**

# Collateral

BROCHURE
**Save Time With FL3XX**

# Notes

*Create or Log in to* My Show Planner *to add notes.*

2021 NBAA-BACE • ©2021 All Rights Reserved

Sitemap  |  Help  |  Privacy Policy