


Phillip Coulombe



# Phillip Coulombe

Cloud Services Architect

Greenville, South Carolina, United States · 102 connections

Join to Connect



Online Delivery Technologies, Inc.

# Activity

**Increase online visibility in just a few minutes, for free!** As we begin to move into a state of normality, it's more important than ever for FBO's...

Liked by Phillip Coulombe

 Phillip Coulombe



We welcome BoldIQ to our Ecosystem of Integrations! BoldIQ's best-in-class optimization technology, Solver, is a big enhancement to FL3XX users'…

Liked by Phillip Coulombe

aviowiki are excited to announce Diego Magrini as the new European Business Aviation Association (EBAA) Tech Committee Vice Chair! The EBAA Tech…

Liked by Phillip Coulombe

Join now to see all activity

## Experience

**Cloud Services Architect**
Online Delivery Technologies, Inc.
May 2021 - Present

Exh. 5 - Request for Judicial Notice ISO Ex Parte TRO

 Phillip Coulombe 

 **BSO**
FL3XX
Apr 2020 - May 2021 · 1 year 2 months
Vienna, Austria

## Education

 **California State University, Northridge**
-

## More activity by Phillip



**Pricing a good or service used to be simple. If you were into manufacturing, say chairs, you would add up all the costs you occurred producing it…**

Liked by Phillip Coulombe

 Phillip Coulombe

**We love integrations! Always a pleasure working with our friends over at FL3XX across the pond**

Liked by Phillip Coulombe

**One year of phenomenal expansion in the Americas thanks to our partnership with Stellar Labs, Inc.! We couldn’t be happier with the results, and 2021...**

Liked by Phillip Coulombe

**Pretty exciting times here at Lilium with yesterday's announcement of our intention to go public through merger with Qell and finally being able to...**

Liked by Phillip Coulombe

Exh. 5 - Request for Judicial Notice ISO Ex Parte TRO

Phillip Coulombe 



My kids did an Austrian Airlines happy #EasterEgg challenge 🐣😍🛬 #HappyEaster

to all of you! #confidence #future #kids #artist #easter…

Liked by Phillip Coulombe

Safe, secure, reliable private chauffeur anywhere your aircraft lands #bizav #privatejetcharter #privatejet

Liked by Phillip Coulombe

 

Phillip Coulombe

Liked by Phillip Coulombe



Oxford, CT based Clay Lacy Maintenance team finishing gear checks on a G450 prior to taking it down from the jacks. On time and on budget…How can…

Liked by Phillip Coulombe

---

## View Phillip's full profile

🔗 See who you know in common

💬 Get introduced

👥 Contact Phillip directly

Join to view full profile

## People also viewed



**Stephen Ferrer**
Owner and Trainer at Movement Society LLC.
Burbank, CA

**Dr. Bernd Taucher**
Partner bei Graf Patsch Ta…

 

Phillip Coulombe

Product Manager at FL3XX
Austria


**Helmut Otahal**
Managing Director at Sportsbook Software GmbH
Austria


**Ashley Williams**
Assistant Buyer - Men's and Denim
Greater Seattle Area


**Mads Christian Brænd**
Pilot hos Airlift A/S
Oslo


**Anders Gaustad**
Aviator
Fairbanks, AK


**Travis Mueller**
Controller at Lincoln Airport Authority
Lincoln, NE


**Josh Bettin**
Avionics Technician at Silverhawk Aviation
Lincoln, NE


**Thomas Bruce**
Pilot at Piedmont Airlines
Charlotte Metro

Show more profiles ⌄

## Others named **Phillip Coulombe**


**Philip Coulombe**
Étudiant en Ingénierie Électrique à l'École de Technologie Supérieure
Canada


**Marie-Philip Coulombe**
Conseillère en ressources humaines chez Ville de Montmagny
Montmagny, QC

 Phillip Coulombe 

See others named **Phillip Coulombe**

## Add new skills with these courses

 Microsoft Azure: Management and Security Essentials

 AWS Certified Solutions Architect - Associate (SAA-C02): 8 Databases

 Exam Tips: Microsoft Azure Architect Technologies (AZ-303)

See all courses

## Phillip's public profile badge

Include this LinkedIn profile on other websites

 **Phillip Coulombe**
Cloud Services Architect

 Cloud Services Architect at Online Delivery Technologies, Inc.

View profile                                     **Linked** in

View profile badges

| | |
|---|---|
| **Linked** in  © 2021 | About |
| Accessibility | User Agreement |
| Privacy Policy | Cookie Policy |
| Copyright Policy | Brand Policy |
| Guest Controls | Community Guidelines |
| Language ⌄ | |