English

# ICANN | LOOKUP (/)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)    Frequently Asked Questions (FAQ) (/faq)

onlinedeliverytechnologies.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use.

## Domain Information

**Name:** ONLINEDELIVERYTECHNOLOGIES.COM

**Registry Domain ID:** 2611327510_DOMAIN_COM-VRSN

**Domain Status:**

clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS-CLOUD-A1.GOOGLEDOMAINS.COM
NS-CLOUD-A2.GOOGLEDOMAINS.COM
NS-CLOUD-A3.GOOGLEDOMAINS.COM
NS-CLOUD-A4.GOOGLEDOMAINS.COM

## Dates

**Registry Expiration:** 2022-05-11 11:56:52 UTC

**Created:** 2021-05-11 11:56:52 UTC

## Contact Information

**Registrant:**

Exh. 6 - Request for Judicial Notice ISO Ex Parte TRO

**Handle:** APZf75mPJtgv6jpmj56mA3ZZI-pUX5W4x-XR2D4oQ0g02K7Uo401x714GfxzkbR8n0135JHFnwB

**Name:** Contact Privacy Inc. Customer 12410177103

**Organization:** Contact Privacy Inc. Customer 12410177103

**Email:** diycdlgjohh3@contactprivacy.email

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Admin:

**Handle:** APZf75m-15zKfl3ucLbp4llcLdo4Do6qnOflb_V2i13fmEP9EoD8wmM9b141sUoMa1vcHgvaJ_DI

**Name:** Contact Privacy Inc. Customer 12410177103

**Organization:** Contact Privacy Inc. Customer 12410177103

**Email:** diycdlgjohh3@contactprivacy.email

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Tech:

**Handle:** APZf75l5jlcFGSXFlZ2db--2cgKD8nUqK3dqq8Kr1A4x9pdvGa--b383KFUHl1iJY0FD9HGvkNGZ

**Name:** Contact Privacy Inc. Customer 12410177103

**Organization:** Contact Privacy Inc. Customer 12410177103

**Email:** diycdlgjohh3@contactprivacy.email

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Registrar Information

**Name:** Google LLC

Exh. 6 - Request for Judicial Notice ISO Ex Parte TRO

**Abuse contact email:** registrar-abuse@google.com

**Abuse contact phone:** tel:+1.8772376466

# DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag:  56299
Algorithm:  8
Digest Type:  2
Digest:  B41BFDC7008BE9A47E3F1CE48BF48738BA8922C9CBB21E194D043032AF73BCF1

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/onlinedeliverytechnologies.com (https://rdap.verisign.com/com/v1/domain/onlinedeliverytechnologies.com)

**Last updated from Registry RDAP DB:** 2021-07-28 02:35:04 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/ONLINEDELIVERYTECHNOLOGIES.COM (https://domainsrdap.googleapis.com/v1/domain/ONLINEDELIVERYTECHNOLOGIES.COM)

**Last updated from Registrar RDAP DB:** 2021-07-28 13:42:34 UTC

# Notices and Remarks

## Notices:

**RDAP Terms of Service**

This data is provided by Google for information purposes, and to assist persons obtaining information about or related to domain name registration records.
Google does not guarantee its accuracy.
By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to:
1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);
2) enable high volume, automated, electronic processes that apply to this RDAP server.
Google reserves the right to restrict or deny your access to the RDAP database.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by these terms.

https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US (https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

Exh. 6 - Request for Judicial Notice ISO Ex Parte TRO