# 2021 NBAA-BACE

Company Listing as of 9/23/21

| Name | Booth |
|------|-------|
| 10 Pound Gorilla | 2959 |
| 135 Air Carrier Management | 3422 |
| 3M | 2570 |
| 4Air | 171 |
| 8tree | 4019 |
| ABM International, Inc. | 1158 |
| AC AIR Technology | 1761 |
| ACASS | 3035, A805 |
| Accudraft Paint Booths | 3124 |
| Accufleet Testing Services, Inc. | 3617 |
| Ace Technical Plastics LLC | 2627 |
| ACES Systems | 2467 |
| ACI Jet | 1259 |
| ACI Jet - FBOs | 945 |
| Action Aero, Inc. | 1817 |
| Actron Manufacturing, Inc. | 2013 |
| AC-U-KWIK | 2857 |
| Advanced Air Mobility Association | 3120b |
| Advanced Air Mobility Report | 2857 |
| Advanced Aircrew Academy | 1513 |
| Advantage Aviation Technologies | 2169 |
| Advocate Consulting Legal Group, PLLC | 1369 |
| AE Petsche, an Arrow Electronics Company | 1916 |
| AEGFUELS, LLC | 3774 |
| Aerago | 3765 |
| AERISTO Leather | 3651 |
| Aero Skills ATG | 4017 |

| | |
|---|---|
| AERO Specialties | 3665 |
| AeroCreeper | 4025 |
| AeroLEDS, LLC | 3515 |
| AeroMech Incorporated | 900 |
| Aeroparts and Supply Inc. | 3501 |
| AeroParts Now | 1528 |
| AeroRepair Corp. | 3918 |
| Aerospace Services and Products, Inc. | 3209 |
| Aerospace Systems & Components | 507 |
| Aerospace Technologies Group | 2266 |
| AeroTEC | 1417 |
| AEVEX Aerospace|IKHANA Aircraft Services | 3107 |
| AIA Effective Promos/C'est Bon Creations | 2213 |
| AICHI Prefecture, Japan/NAGOYA Airport | 2628 |
| AIN Publications | 2026 |
| Air 7 | 701 |
| Air Charter Guide | 2857 |
| Air Cost Control USA, LLC | 1425 |
| AIR SUPPORT | 2154 |
| Air Trail | 3030 |
| AirAdvisory | 4002 |
| Airbus | 1902, A309 |
| AirComp Calculator, LLC | 1700 |
| Aircraft Belts, Inc. | 864 |
| Aircraft Bluebook | 2857 |
| Aircraft CMS | 2821 |
| Aircraft Cost Calculator | 3315 |
| Aircraft Electric Motors, Inc. | 2056 |
| Aircraft Interior Products | 3331 |
| Aircraft Lighting International | 3123 |
| Aircraft Parts Store | 753 |
| Aircraft Performance Group, LLC | 953 |

| | |
|---|---|
| Aircraft Shopper Online | 1845 |
| Aircraft Spruce & Specialty Co. | 3406 |
| AirNav Systems | 1659 |
| Airplane Manager | 449 |
| Airportdata.com | 2857 |
| AirSync | 2729e |
| Airtext | 3711 |
| Aitheras Aviation Group LLC | 2723 |
| AkzoNobel Aerospace Coatings | 917 |
| ALA North America, Inc. | 3959 |
| Alberth Aviation | 1966 |
| ALOFT AeroArchitects | 3631 |
| ALPHACHOCKS | 1533 |
| Alto Aviation | 1621 |
| Ambassador Jet Center | 3501 |
| Ambry Hill Technologies, LLC | 3556 |
| American Additive Manufacturing | 4020 |
| American Aeronautics | 1519 |
| American Aviation Inc. | 855 |
| AMETEK MRO | 3650 |
| AmSafe | 2312 |
| AMSTAT, Inc. | 1845 |
| APP Jet Centers | 3116 |
| Appareo Systems, LLC | 2801 |
| Applied Avionics | 1856 |
| Applied Composites | 2113 |
| Arc Air Research | 554 |
| ARC Safety Management | 1117 |
| Arc-Tronics | 2660 |
| Argos VIP Private Handling | 3244 |
| ARGUS | 1127 |
| Arkansas Aerospace and Defense Alliance | 3859 |

| | |
|---|---|
| ASE Training & Simulation | 1365 |
| ASSA ABLOY Entrance Systems | 2313 |
| Astronautics Corporation of America | 2219 |
| Astronics | 2065 |
| Atec, Inc. | 3844 |
| ATEQ & Cobra Aviation | 3212 |
| Atlanta Aerospace Composites | 3122f |
| Atlanta Aviation International | 3602 |
| Atlantic Aviation | 2201 |
| ATP | 1133 |
| AV8 Group | 2609 |
| Avalex Technologies | 3114 |
| AvBuyer Ltd. | 2354 |
| Avcon industries, Inc., a Butler National Co. | 2765 |
| Av-DEC | 3717 |
| Avflight | 945 |
| Avfuel Corporation | 945 |
| Aviat Aircraft Inc. | A514 |
| Aviatechnik Corporation | 3606 |
| Aviation CPAs | 3216 |
| Aviation Exteriors Louisiana, Inc. | 552 |
| Aviation Maintenance Professionals | 4032 |
| Aviation Performance Solutions, LLC | 1267 |
| Aviation Personnel | 2255 |
| Aviation Search Group, LLC | 769 |
| Aviation Week Intelligence Network (AWIN) | 2857 |
| Aviation Week Network | 2857 |
| AviationManuals | 1117 |
| AVIATRIX, INC. | 3200 |
| Avidyne Corporation | 2735 |
| Avinode Group | 609 |
| Avion Power | 3213 |

| | |
|---|---|
| Avionica LLC | 2835 |
| AvionTEq | 3112 |
| Avjet Asia | 701 |
| AVMATS | 1956 |
| Avports - Gary Chicago International Airport | 1356 |
| Baker Hughes / Druck | 3511 |
| Baldwin Aviation Safety & Compliance | 3227 |
| Bank of America Global Leasing | A706 |
| Banyan Air Service | 945 |
| Barfield, Inc. | 3323 |
| Bascon, Inc. | 2024 |
| Base Operations at Page Field | 945 |
| Becker Avionics, Inc. | 1059 |
| Bell Textron, Inc. | 4100C |
| BendixKing | 2901 |
| Bigorre Aerospace Corp. | 3550 |
| BizJet International Sales & Support, Inc. | 2615 |
| Blackhawk Aerospace | 2445 |
| BLR Aerospace, LLC | 1919 |
| Blue Avionics, Inc. | 2419 |
| Blue Heron Aviation | 945 |
| Bluetail, Inc. | 3026 |
| Bodycote Thermal Processing, Inc. | 507 |
| Boeing | 1101 |
| Bohlke International Airways | 945 |
| Bombardier | 901, A709 |
| Bomhoff Limited | 1001 |
| Bongiovi Aviation | 2771 |
| Bose Corp. | 868 |
| Burns & McDonnell Engineering Company, Inc. | 2360 |
| Business & Commercial Aviation | 2857 |
| Business Air | 3846 |

| | |
|---|---|
| Business Aviation Group, LLC | 3208 |
| Business Fleet & MRO Forecast | 2857 |
| Business Jet Center | 2800 |
| Business Jet Interiors International | 1257 |
| Butler Heavy Structures | 752 |
| C&L Aviation Group | 2655 |
| CAE | 1501 |
| California Aeronautical University | 3224 |
| California Wing Specialties | 3122e |
| CAMP Systems International, Inc. | 1845 |
| Canadian Business Aviation Association | 4166 |
| Capital Aviation, Inc. | 3611 |
| Carolina GSE | 1559 |
| Carver Aero | 945 |
| Castle & Cooke Aviation | 945 |
| CAV Systems | 2730 |
| CB SkyShare | A705 |
| CCX Technologies | 2066 |
| Celeste Industries Corp. | 1413 |
| CellBlock FCS | 600 |
| Chappell Supply and Equipment Company | 375 |
| Charter and Go | 3132 |
| Chestnut Ridge Foam Inc. | 548 |
| Chicago Executive Airport | 3553 |
| Chicago Jet Group | 1409 |
| Cirrus Aircraft | 773, A303 |
| Citadel Completions LLC | 2571 |
| Citation Jet Pilots Association | OSP_1 |
| CitationPartners | A804 |
| City of Hollister Airport | 857 |
| Clay Lacy Aviation | 701 |
| CNW Global – Courier Network Inc. | 2729d |

| | |
|---|---|
| Coflyt | 3120a |
| Collins Aerospace | 635, A405 |
| Colorado jetCenter, Inc. | 945 |
| Comlux | 2435 |
| Component Control MRO & Logistics Software Solutions | 1845 |
| Compressed Gas Systems | 2200 |
| Computer Training Systems | 3158 |
| Concorde Battery Corp. | 2415 |
| Conklin & de Decker | 1333 |
| Consolidated Aircraft Supply Co., Inc. | 1765 |
| Consolidated Turbine Specialists, LLC (CTS) | 529 |
| Constant Aviation | 1633, 4125 |
| Contour Aviation | 2731b |
| Corporate Aircraft Association (CAA) | 3154 |
| Corporate Angel Network, Inc. | 2465 |
| Corporate Aviation Security International, LLC. | 2731d |
| CORRIDOR Aviation Service Software | 1845 |
| Costa Rica - PROCOMER | 3614 |
| Covington Aircraft Engines, Inc. | 3133 |
| Cox & Company, Inc. | 1361 |
| CRS Jet Spares | 2300 |
| CTG (Crestwood Technology Group) | 4037 |
| Cutter Aviation | 3145, 2800 |
| D.L.S. Electronic Systems, Inc. | 1429 |
| D.P.I. Labs, Inc. | 2429 |
| DAC International | 3336 |
| Daher | 3101, A404 |
| Dallas Aeronautical Services (DAS) | 2144b |
| Dallas Airmotive, a StandardAero Company | 2073 |
| Dallas Executive Airport | 3501 |
| Daniels Manufacturing Corp. | 2017 |
| Dassault Aviation | 2001, A207 |

| | |
|---|---|
| David Clark Company, Inc. | 2961 |
| David Frank Furniture | 3122d |
| David Musty Putters | 2400 |
| Dayton-Granger, Inc. | 3519 |
| DeatschWerks Fuel Systems | 2729b |
| Dedienne Aerospace, LLC | 2717 |
| DeGroff Aviation Technologies LLC | 3211 |
| Del Monte Aviation | 945 |
| Desert Jet | 1854 |
| Desser Aerospace | 522 |
| Dodson International Parts, Inc. | 4030 |
| Door Engineering & Manufacturing, LLC - a Senneca Company | 3624 |
| Draganfly | 3954 |
| Duncan Aviation | 2401, 945 |
| DuPage Flight Center | 2800 |
| DuraCoatings | 529 |
| Duracote Corporation | 3759 |
| Duro-Lak, Inc. | 575 |
| Earp Aviation Repairs | 3301 |
| EBACE | 3870 |
| Ecuacentair | 701 |
| EDCUtah | 3522 |
| EDN Aviation, Inc. | 3923 |
| Eidos Ergonomics | 2658 |
| Elbit Systems | 2571 |
| Electro Enterprises, Inc. | 3545 |
| Electronics International, Inc. | 3554 |
| Elliott Aviation, LLC | 2476 |
| Elliott Jets | 2476 |
| EMBRAER | 1974, A101 |
| Embraer Jet Operators Association | OSP_2 |
| Embry-Riddle Aeronautical Univ. | 1357 |

| | |
|---|---|
| Endeavor Aviation Group | 2654 |
| Enflite, LLC. | 1153 |
| Engine Assurance Program | 2159 |
| Enterprise Holdings, Inc. | 3637 |
| Essex Industries, Inc. | 459 |
| Euler Products Inc | 1322 |
| Euro Jet Intercontinental Ltd | 758 |
| Evans Composites, Inc. | 3917 |
| EVE Urban Air Mobility | 4100J |
| Everest Fuel | 173 |
| EVO Jet / EVO Fuels | 3237 |
| Executive Controller / Charter Hub | 3315 |
| Executive Jet Management | 1671 |
| Experi-Metal, Inc. Aerospace | 766 |
| Expleo | 1423 |
| Express Calibration Services | 3000 |
| EXTEX Engineered Products | 765 |
| FACC Aftermarket Services | 1864 |
| Factory Direct Models | 1154 |
| Falcon Crest Aviation Supply, Inc. | 2559 |
| Fargo Jet Center | 945 |
| FDS Avionics Corp. | 672 |
| Fire Containment Concepts, LLC | 2254 |
| First Aviation Services, Inc. | 3429 |
| FL3XX | 3128 |
| Fleet Discovery | 2857 |
| Flex LT | 1367 |
| Flight Crews International | 3122b |
| Flight Crews Unlimited, Inc. | 1508 |
| Flight Data Systems | 1317 |
| Flight Research | 645 |
| Flight Tax Systems | 3216 |

| | |
|---|---|
| Flight Trak, Inc. | 2257 |
| FlightAware | 545 |
| FlightBridge, Inc. | 1958 |
| Flightdocs | 1133 |
| FlightSafety International | 645 |
| FlightServ LLC | 523 |
| Flightstar Corporation | 945 |
| Fluxtronic | 2557 |
| FLY LOUIE | 1755 |
| FlyExclusive | 1525, A505 |
| Flying Colours Corp. | 923 |
| Flying Thru Life | IS1 |
| FlyJets | 3149 |
| FlyRight | 2462 |
| FlyTek GSE | 355 |
| FLYYDOGG LLC | 1465 |
| Fontainebleau Aviation | 2800 |
| Force Aviation, Inc. | 4021 |
| ForeFlight | 2635 |
| Fort Lauderdale Executive Jet Center | 2800 |
| Fort Wayne Aero Center | 701 |
| Frasca International, Inc. | 3222 |
| FreeFlight Systems | 1317 |
| FuelerLinx | 2055 |
| GA Telesis MRO Services Group | 3147 |
| Galley Support Innovations, Inc. | 667 |
| Garmin International | 2971 |
| Garsite | 602 |
| Gary Jet Center | 945 |
| Gateway Aviation Services | 701 |
| GE Aviation | 931 |
| GE Honda Aero Engines LLC | 2265 |

| | |
|---|---|
| GelSight | 1224 |
| General Plastics Manufacturing Company | 3218 |
| Genesys Aerosystems / S-TEC | 565 |
| Gentex Corp. | 3659 |
| Genuine Aircraft Hardware | 3924 |
| Georgian Aerospace | 1956 |
| Glenair, Inc. | 1500 |
| Global Aerospace, Inc. | 3065 |
| Global Jet Capital | 733, A507 |
| GlobalAir.com | 1927 |
| GlobalParts.aero | 3945 |
| Gogo Business Aviation | 1771 |
| Gotham Studios | 1125 |
| Granitize Aviation International | 2455 |
| Greater Waco Aviation Alliance | 3769 |
| Greater Wichita Partnership | 507 |
| Guardian Jet LLC | A408 |
| H.A.S. South, LLC | 3013 |
| HABCO | 453 |
| HADID International Services | 1827 |
| Hammonds Companies, Inc. | 853 |
| Harrods Aviation | 701 |
| Hartzell Propeller, Inc. | 3337 |
| Hawthorne Global Aviation Services | 2031 |
| HC Pacific | 3334 |
| Heads Up Technologies, Inc. | 2023 |
| Helicopter Association International | 3830 |
| HELIDOSA | 618 |
| Henderson Jet Services | 616 |
| Herber Aircraft Service, Inc. | 1229 |
| Hewitt, a Husky Company | 2256 |
| HighTech Finishing | 759 |

| | |
|---|---|
| HMY Yacht Sales | 1600 |
| Honda Aircraft Company | 3167, A502 |
| Honeywell International | 2901, 4100B |
| HOVA Flight Services, LLC | 2031 |
| Howell Instruments, Inc. | 1912 |
| HRD Aero Systems | 1466 |
| Humbay, Inc. | 1967 |
| Hutchinson Aerospace | 1713 |
| ICCS Mexico & Latin America | 3113 |
| IFE Products | 2867 |
| IKHANA Aircraft Services | 3107 |
| IKONICS Advanced Material Solutions | 3622 |
| Immaculate Flight LLC | 2719 |
| INAir Legacy Avionics Solutions | 2824 |
| Inmarsat Global Ltd | 1719 |
| Innodyne Systems | 3130 |
| Innovative Advantage, Inc. | 1564 |
| Innovative Solutions & Support, Inc. | 3853 |
| Intermountain Business Insurance | 756 |
| International Aircraft Dealers Association | 3564 |
| International Business Aviation Council, Ltd. (IBAC) | 4168 |
| International Water-Guard Industries, Inc. | 1970 |
| Inventory Locator Service | 1845 |
| IQ Skyline | 3950 |
| ITW GSE Americas | 3353 |
| J&M Products, Inc. | 1517 |
| Jackson Jet Center | 2826 |
| Jacksonville JetPort at Cecil Spaceport | 2031 |
| Jaunt Air Mobility LLC | 4503 |
| JBT/Lektro | 435, A900 |
| Jet Access Aviation | 2225 |
| Jet Access Dallas, formerly Dallas Jet | 3501 |

| | |
|---|---|
| Jet Assist Group | 3925a |
| Jet Aviation | 3737 |
| Jet Nassau | 701 |
| Jet Shades LLC | 2955 |
| Jet Support Services, Inc. (JSSI) | 1333 |
| jetAVIVA | A202 |
| JetBed | 1017 |
| JETEX | 1644 |
| JetInsight | 3245 |
| JETNET LLC | 601 |
| JetPedic / Handcraft Mattress Company | 1821 |
| JetPro Pilots, LLC | 2665 |
| Jetscape Services | 701 |
| Jetset Magazine | 3459 |
| JetSet Media | 2459 |
| JFM International Corp. | 1464 |
| JME Technologies, Inc. | 1857 |
| Jonathan Engineered Solutions | 2165 |
| JRMA Architects Engineers | 3552 |
| JSSI Parts & Leasing | 1333 |
| JwinesLLC | 2727 |
| KaiserAir | 701 |
| Kalogridis International | 2325 |
| Kaman Aerospace Group | 623 |
| Kano Laboratories LLC | 3931 |
| Kansas Dept. of Commerce | 507 |
| Karmark Group LLC | 3122c |
| Kearfott Corporation | 2219 |
| Kell-Strom Tool Co., Inc. | 2627 |
| KGB Aviation Solutions LLC | 3122a |
| Kimberly-Clark Corporation | 2570 |
| King Aerospace Commercial Corporation | 1627 |

| | |
|---|---|
| Kitty Hawk | 4100H |
| Korry Electronics | 2112 |
| KPC Winner's Pride | 2627 |
| Kulite Semiconductor Products, Inc. | 3160 |
| L3Harris Technolgies, Inc. | 365 |
| Lamar Technologies LLC | 1860 |
| Lane Aviation | 701 |
| Laselec, Inc. | 3549 |
| Latecoere International, Inc. | 2745 |
| Latitude Aero | 3925e |
| Latitude Technologies Corporation | 1317 |
| Laversab, Inc. | 2470 |
| LB Aircraft Engineering | 772 |
| Lee Aerospace, Inc. | 3359 |
| Legacy Building Solutions | 1601 |
| Liberty Partners, Inc. | 3308 |
| LifePort | 1159 |
| Liquid Floors, Inc. | 1602 |
| Liquid Measurement Systems, Inc. | 3309 |
| Longview Economic Development Corporation | 2731f |
| Lonseal Flooring | 2764 |
| Louis Berger Services, Inc. | 774 |
| Luxivair SBD | 2631 |
| Lynx FBO Network | 2715 |
| M International, Inc. | 3322 |
| Maintenance Pavilion Silent Auction | 4031 |
| Manny | 528 |
| Mantec Services, Inc. | 764 |
| Mascott Equipment | 653 |
| Mask-Off Company | 1055 |
| McClellan Jet Services | 2031 |
| McKinney Air Center | 945 |

| | |
|---|---|
| Mecaer Aviation Group | 3153 |
| MedAire, Inc. | 3400 |
| Meggitt PLC | 465 |
| Meridian | 2031 |
| Mesa Skybridge LLC | 3056 |
| Meta Special Aerospace (MSA) | 3423 |
| Mid Continent Controls, Inc. | 2771 |
| Mid-Continent Aviation Services (MCAS) | 507 |
| Mid-Continent Instruments and Avionics | 2337 |
| Millennium International | 3871 |
| Million Air | 2945 |
| Miraj Corp. | 2626 |
| Mod-A-Can, Inc. | 958 |
| Modern Aviation, Inc. | 2031 |
| Monaco Air Duluth | 701 |
| Monterey Jet Center | 945 |
| Morgan Harbour Construction LLC | 560 |
| Morristown Airport | 3644 |
| MotoArt, LLC | 1358 |
| Mototok America LLC | 1533 |
| MT-Propeller | 2554 |
| Mundi Limo Service | 1152 |
| myairops | 1512 |
| MYGOFLIGHT | 2965 |
| NAASCO | 1677 |
| Naples Aviation | 945 |
| National Business Aviation Association | 4165 |
| National Flight Services, Inc. | 2815 |
| National Gay Pilots Association (NGPA) | 4067 |
| National Institute for Aviation Research | 507 |
| National Jets | 2031 |
| Nav-Aids, Ltd. | 3745 |

| | |
|---|---|
| NBAA Professional Member Lounge | 3877 |
| NBAA TV LIVE | 2935 |
| NC Carpet & Upholstery Sewing Machines | 3645 |
| NetJets, Inc. | 1471 |
| Nextant Aerospace | 1633 |
| NMG Aerospace | 1859 |
| Norco Industrial Doors div. Norco Mfg. Corp. | 3127 |
| Northern Plains UAS Test Site | 4100E |
| Northrop Grumman LITEF GmbH | 445 |
| Nucor Buildings Group | 2619 |
| Nuvite Chemical Compounds | 3529 |
| OCR Aviation | 2817 |
| Oklahoma Department of Commerce | 529 |
| Old Republic Aerospace, Inc. | 2319 |
| OmnAvia Interiors LLC | 3965 |
| Omni Aerospace, Inc. | 507 |
| Omni Aircraft Maintenance | 3564 |
| OmniSMS | 1225 |
| One World Rescue | 2723 |
| Ontic Engineering & Manufacturing, Inc. | 2576 |
| Opti-Blast inc. | 2729a |
| Orban Microwave, Inc. | 579 |
| Orbit Communication Systems, Inc. | 3032 |
| Original Legacy Foods | 3120d |
| OTONOMY AVIATION | 674 |
| Otto Instrument Service, Inc. | 3316 |
| Overair, Inc. | 4100G |
| Pacific Southwest Instruments, | 1757 |
| Para-Port Doors LLC | 3810 |
| Park Aerospace | 507 |
| Parker Aerospace | 2913 |
| PartsBase, Inc. | 2623 |

| | |
|---|---|
| PAS MRO | 3206 |
| PASSUR Aerospace | 2518 |
| Pentagon 2000 Software, Inc. | 2059 |
| Pentastar Aviation | 2123 |
| Perfect Point EDM | 3829 |
| Permagard LLC | 558 |
| Perrone Aerospace | 2423 |
| Petra Coatings LLC | 3601 |
| Phillips 66 | 2800 |
| Phoenix Rising Aviation | 1618 |
| Phoenix-Mesa Gateway Airport Authority | 3054 |
| Piaggio Aerospace | IS2 |
| Pilatus Business Aircraft Ltd. | A401 |
| Piper Aircraft, Inc. | A503 |
| PM Research, Inc. | 3111 |
| PNC Aviation Finance | 1653 |
| Polaris Aero, LLC | 1226 |
| Pole Air Aviation | 3300 |
| Polymer Technologies, Inc. | 866 |
| Port City Air, Inc. | 2031 |
| PowerLift Hydraulic Doors | 1865 |
| PPG | 255 |
| Pratt & Whitney Canada | 1701 |
| Precision Accessories and Instruments | 3345 |
| Pregis Corporation | 2570 |
| Prevailance Aerospace LLC | 3055 |
| Primadonna | 1665 |
| Prime Appearance/ProFlo Industries | 2851 |
| Prime Turbines, Inc. | 1364 |
| Pro Ultrasonics, Inc. | 2358 |
| Professional Aviation Associates | 2331 |
| Professional Flight Management, Inc. | 3119 |

| | |
|---|---|
| Proponent | 526 |
| Pulsar Informatics, Inc. | 2722 |
| PWI, Inc. | 3507 |
| QAI Aviation | 3851 |
| Qualified Coating Services Ceral USA | 529 |
| Quality Resources, LLC | 1519 |
| Quiet Technology Aerospace, Inc. | 2521 |
| Radiant Power Corporation | 2116 |
| Raisbeck Engineering, Inc. | 1401 |
| Rapco-RFS, Inc. | 2058 |
| RBR Aviation | 3501 |
| RCO Engineering, Inc. | 617 |
| REDWINGS | 701 |
| Regional Jet Center | 2800 |
| Reliance Aerotech Services, Inc. | 2160 |
| Rich Aviation Services LLC | 4001 |
| Right Rudder Aviation | A403 |
| Rigid Lifelines | 1913 |
| RIM Enterprises LLC | 1900 |
| Robinson Helicopter Co. | 3837 |
| RocketRoute | 953 |
| Rocky Mountain Aircraft | 3117 |
| Rocky Mountain Propellers, Inc. | 3560 |
| Rolls-Royce | 1833 |
| Ross Aviation at Stuart Jet Center. | 701, 945 |
| Rotabull | 3120f |
| RPM Maintenance & Appearance | 3932 |
| Rubb Building Systems | 3312 |
| S.A.F.E. Structure Designs | 2527 |
| Saab | 1725 |
| Safe Flight Instrument, LLC | 865 |
| Saft America, Inc. | 2751 |

| | |
|---|---|
| Saint-Gobain Performance Plastics Corporation | 1925 |
| Santa Rosa EDO | 1801 |
| SATTO Repair Center | 3925h |
| Scheme Designers, Inc. | 3654 |
| SCHROTH Safety Products LLC | 2202 |
| Schweiss Doors | 629 |
| Scott Group Custom Carpets | 1459 |
| Scottsdale Airport | 501 |
| SeaGil Software Company, Inc. | 2724 |
| SEAL Aviation LLC | 4023 |
| Seal Dynamics | 1425 |
| Sealth Aero Marine | 1053 |
| Seattle Avionics | 953 |
| Senior Aerospace Ketema | 3129 |
| Sensata Technologies | 3900 |
| Sensor Systems, Inc. | 3461 |
| Shadin Avionics | 1201 |
| Sheltair | 945 |
| Sherwin-Williams Aerospace | 3832 |
| Shimifrez, Inc. | 3934 |
| Shirtboy.com | 1456 |
| ShockBox Test Boxes | 3034 |
| Show News | 2857 |
| SierraTrax | 1333 |
| Signature Flight Support | 3536 |
| Signature Plating Ltd. | 3630 |
| Single Point Assist | 3831 |
| Skandia, Inc. | 2312 |
| Skies Magazine | 2555 |
| Sky Aviation Holdings LLC | 673 |
| Sky Definition Aero Systems, LLC | 3517 |
| SkyMark Refuelers, LLC | 2355 |

| | |
|---|---|
| Skyservice Business Aviation | 3445, 701 |
| SKYTRAC Systems Ltd. | 1317 |
| SkyVector | 556 |
| Skyway Group | 678 |
| SmartSky Networks, LLC | 3820 |
| SNAP-ON INDUSTRIAL | 4027 |
| Solar Atmospheres | 1800 |
| Southwest Aerospace Technologies, LLC | 2822 |
| Southwind Aviation | 3865 |
| SouthWind Global | 507 |
| Specmat Technologies, Inc. | 1227 |
| Spectrum Aeromed | 459 |
| Spidertracks North America Ltd | 3902 |
| SRS Aviation | 3559 |
| St. Louis Downtown Airport (KCPS) | 3328 |
| Standard Aviation | 701 |
| StandardAero | 2073 |
| Starr Aviation, Inc. | 1217 |
| START PAC | 2759 |
| Stax Aviation Group | 1533 |
| Stein Air, INC | 2729f |
| Stellar | 2529 |
| Sterling Global Aviation Logistics | 954 |
| Stevens Aerospace and Defense Systems LLC | 2601, 3935 |
| Stinar, LLC | 265 |
| Straight Flight, Inc. | 457 |
| Straube's Aircraft Services, Inc. | 1467 |
| Stuart Jet Center | 945 |
| Sun-Foil Aircraft Sunscreens, Inc. | 3513 |
| Survival Products, Inc. | 2155 |
| SWAT Southwest Airframe & Tank Services | 2302 |
| SyQuest | 3058 |

| | |
|---|---|
| TAC Air | 3201, A500 |
| Tactair Fluid Controls, Inc. | 1969 |
| Tai Ping | 2565 |
| TallyHo! Apps, LLC | 754 |
| Tamarack Aerospace Group, Inc. | 1567 |
| TBM Owners and Pilots Association | OSP_3 |
| TechGuard Security | 3401 |
| Tecnam US, Inc. | A504 |
| Teledyne Battery Products | 3336 |
| Teledyne Controls | 3336 |
| Telex | 952 |
| Tennant Coatings | 679 |
| Texas Gulf Coast Regional Airport | 945 |
| Texas Jet | 2800 |
| Textron Aviation | 965, A305 |
| The Drake Group, Inc. | 2261 |
| The Hertz Corporation | 3971 |
| The Leather Institute | 1325 |
| The Weekly of Business Aviation | 2857 |
| THK America | 1328 |
| Thompson Law LLC | 2731a |
| Threshold Aviation Group | 945 |
| Timken | 1524 |
| Titan Aviation Fuels | 2031 |
| Tool Testing Lab, Inc. | 3126 |
| Torn Ranch | 3457 |
| Total Control Systems | 2355 |
| TowFLEXX, Inc. | 355 |
| Townsend Leather | 1325 |
| Traxxall Technologies, Inc. | 1613 |
| Tri-City Aviation | 2800 |
| Triple Crown Products, Inc. | 2064 |

| | |
|---|---|
| Tronair, Inc. | 3623 |
| TRU Simulation & Training | 959 |
| True Blue Power | 2337 |
| Tuvoli | 173 |
| TW Metals | 3223 |
| UAS International Trip Support FZCO | 3514 |
| Ultramain Systems | 3920 |
| Unique II Worldwide | 3451 |
| Univar Solutions | 2212 |
| Universal Avionics, an Elbit Systems Company | 2545 |
| Universal Weather and Aviation, Inc. | 345 |
| University Aviation Assoc | 4065 |
| US Trinity Aviation | 945 |
| USA Borescopes | 1223 |
| USAIG (United States Aircraft Insurance Group) | 2258 |
| VAT IT USA, Inc. | 3028 |
| Velocity Aerospace Group | 3923 |
| Veritiv Corporation | 2570 |
| Vertex Solutions | 3134 |
| Viasat | 1023 |
| ViewTech Borescopes | 1522 |
| Vintage Parts, Inc. | 500 |
| Vishay Precision Group | 3816 |
| VistaJet | 3574a, A707 |
| VP Buildings | 960 |
| VSE Aviation | 3215 |
| WBParts, Inc. | 776 |
| West Star Aviation | 2144a, 945 |
| West Virginia Department of Economic Development | 659 |
| Western Aircraft, Inc. | 2331 |
| Westmor Industries | 3525 |
| Wheels Up Partners, LLC | 1745 |

| | |
|---|---|
| Whelen Aerospace Technology, LLC | 3226 |
| Wichita Airport Authority | 507 |
| Williams International | 1273 |
| Wipaire, Inc. | 2845 |
| Wollard International, LLC | 3407 |
| Women in Aviation International | 3424 |
| Women in Corporate Aviation | 4069 |
| World Fuel Services | 701 |
| WSU Tech / National Center for Aviation Training | 507 |
| Wyatt Aerospace | 3301 |
| X-1FBO | 1453 |
| XLR Executive Jet Centre | 701 |
| XO | 3574b |
| XTI Aircraft | 4100D |
| Yellow Ribbon America | 1961 |