9/24/21, 9:43 AM

Contact – FL3XX



https://www.fl3xx.com/contact/

1/4

9/24/21, 9:43 AM                                       Contact – FL3XX



## Reach Us Directly Here

| TYPE OF ENQUIRY | PHONE NUMBER* |

| FULL NAME* |

| COMPANY NAME* | YOUR MESSAGE |

| YOUR EMAIL ADDRESS* |

By submitting, you confirm that you agree to the storing and processing of your personal data by Teamwork as described in our Privacy Statement.

**Send →**

Exh. 2 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



Exh. 2 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



Exh. 2 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO