# Independently Hosting
# The FL3XX Aviation Management Platform



## Work in real-time on any device with the most complete cloud-based Aviation Management Platform.



Keeping your teams and owners informed on flights gets harder every year. Everyone is doing a great job, but you feel you cannot catch up with increasing complexity. FL3XX lets everyone know and shows what's relevant.

**Empower your teams with technology**



**ABOUT**

See How

# Your operations with FL3XX

Whether you run a flight department, charter service, ambulance, or trip support operation, the FL3XX Aviation Platform helps you achieve your goals. Explore the platform or request a demo, to understand how you can optimize your daily workflow.

   

**Charter Operators**

**Corporate Flight Departments**

**Trip Support**

**Special Applications**

We cover your customer relations and communication. Sell flights via any connected marketplace. A tight integration between all departments provides you with

Create trips with a few clicks, and keep your stakeholders in the loop. The FL3XX API gives you many opportunities to connect to corporate systems.

Streamlined dispatch workflows are key for your business. FL3XX is built on that premise in tight collaboration with several trip support companies.

If you are specialized in Cargo, Air Ambulance, Military, or Training operations, the adaptive FL3XX workflows are developed especially for your



**ABOUT**

you need it most and keeps your company aligned from Quote to Post Flight.

directly and manage all your flights on one screen!

helicopters, jets, props or drones.

**Explore Platform**



Hosting the complete aviation management solution for charter sales, dispatch, crew, maintenance, and reports.

**Online Delivery Technologies, Inc.**

**1 Aviation Lane**

**Greenville, SC 29607,**

**United States of America**

**Support: +1 (202) 816-5810**

**Sign In**

**All Rights Reserved © 2021**