# REDACTED

MASTER STRATEGIC ALLIANCE AGREEMENT

BETWEEN STELLAR LABS, INC. AND FL3XX GMBH



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

# REDACTED

| | |
|---|---|
| | |
| | STELLAR |
| | |
| | |

| | |
|---|---|
| | FLƎXX |
| | |

Exh. 4 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO