REDACTED

# RECIPROCAL RESELLER AGREEMENT



REDACTED



Exh. 5 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

REDACTED

Provider shall have no obligation to determine any regulatory requirements or restrictions regarding the resale of

REDACTED

problem is referred to Provider; and (vii) escalating the error notification to Provider. Under no circumstances will

REDACTED

Exh. 5 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



REDACTED

REDACTED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

DocuSigned by:

[redacted]

DocuSigned by:

[redacted]

**EXHIBIT A**

REDACTED



Exh. 5 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

REDACTED

REDACTED



Exh. 5 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

REDACTED

DocuSigned by:

DocuSigned by: