

| | |
|---|---|
| **OFFICE** | FL3XX GmbH |
| | Kolingasse 11 |
| | 1090 Wien |
| **EMAIL** | legal@FL3XX.com |
| **WEB** | www.FL3XX.com |
| **UID** | ATU65697249 |
| **BANK** | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

<u>REGISTERED LETTER</u>

Stellar Labs, Inc.
**attn. Ms. Vicki Nakata**
205 Park Road
Burlingame
CA 94010
United States

In advance via E-Mail: vnakata@stellar.aero

## THE RECIPROCAL RESELLER AGREEMENT | TERMINATION NOTICE | TERMINATION WITH IMMEDIATE EFFECT

Vienna, 9. June 2021

Dear Ms. Nakata, dear Vicki,

The Reciprocal Reseller Agreement between Stellar Labs, Inc. and FL3XX GmbH dated 3/12/2020 (the **RRA**) is a simple instrument granting Stellar Labs, Inc. certain rights in the Americas with a few parameters. Quite obviously, the spirit of collaboration under which this agreement was signed did – unfortunately - not materialize and this remains to be a source of frustration across all FL3XX GmbH teams for some time already: Unexpectedly low sales, low prices, new features committed, no first line support, and all that done in total independence by Stellar Labs, Inc. with little or no consultation with FL3XX GmbH.  On the other side FL3XX GmbH is expected to execute fast and for free or at far too low cost otherwise US customers will hear FL3XX GmbH underperforms. In addition: FL3XX GmbH is not paid for its services under the RRA.

Now, the RRA states that the Reseller – in this case: Stellar Labs, Inc. – shall pay the Provider – FL3XX GmbH – all Fees set forth in this agreement within 30 days after the receipt of the applicable invoice. Clause 2.1 of the RRA clearly states that the "*Reseller shall pay the Provider the Fees set forth in each Service Schedule*." Service Schedule #1 to the Agreement under Clause 2 lists the

Pricing details, which state that the "*Reseller will pay to Provider the Fees computed as the higher of payments received from Customer or Provider's list prices, after which all Fees are net of taxes payable by Reseller and less the Reseller's commission indicated below.*" Clause 4.1 of the RRA states, that the "*Reseller is solely responsible for payment to Provider for all Fees for the Services provided to Customers.*" Clause 4.2. states that the "*Reseller shall pay all Fees specified in all Service Schedules or SOW's pursuant to this Agreement.*" And finally, under Clause 4.3 "a*ll payments under this Agreement shall be made within thirty (30) days after the receipt of the applicable invoice*."

Stellar Labs, Inc. clearly has failed to fulfil its contractual obligations stated above by not paying on time numerous outstanding invoices, particularly the invoices IN2021/0088, IN2021/0089, IN2021/0090, IN2021/0091 and IN2021/0092 all dated 16. March 2021 and is thereby in clear and material breach of the RRA.

As you are aware of, FL3XX GmbH has issued several reminders (*dunning letters*) in relation to the above-mentioned invoices. However, to date none of these invoices have been paid by Stellar Labs, Inc. and therefore all of the above invoices are still outstanding. The third and last reminders have been issued by FL3XX GmbH on 18. April 2021. Stellar Labs, Inc. is, therefore, in clear breach of the RRA, namely of Clause 4.3.

In addition, over the time of the RRA Stellar Labs, Inc. has failed to provide Customers with a proper First Line Support even though it was obliged to do so under Clause 3.2. of the RRA. We regard this as another material breach of the RRA.

**Therefore, FL3XX GmbH is hereby terminating the Reciprocal Reseller Agreement between Stellar Labs, Inc. and FL3XX GmbH dated 3/12/2020 in accordance with its Clause 8.2. (a) with immediate effect.**

**Any and all outstanding invoices issued by FL3XX GmbH before the date of this termination letter are therefore now due and immediately payable. We therefore request the immediate payment of all outstanding invoices (attached) totalling USD 25,441.00 by June 18 2021, at the latest. We reserve all other rights we may have under the RRA or any other agreements.**

Sincerely yours

FL3XX GmbH

Paolo Sommariva, Managing Director

Payment Deadline:        18 June 2021
Attachments:
- Third Dunning letter of Invoice IN2021/0088
- Third Dunning letter of Invoice IN2021/0089
- Third Dunning letter of Invoice IN2021/0090
- Third Dunning letter of Invoice IN2021/0091
- Third Dunning letter of Invoice IN2021/0092



| | |
|---|---|
| **TO** | **OFFICE** |
| **Stellar Labs, Inc.** | FL3XX GmbH |
| 1325 Howard Ave., PMB 412 | Kolingasse 11 |
| Burlingame, CA, 94010 | 1090 Wien |
| United States | |
| VAT: 47-1883414 | **EMAIL** |
| | billing@FL3XX.com |
| | **WEB** |
| | www.FL3XX.com |
| | **UID** |
| | ATU65697249 |
| | **BANK** |
| | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

INVOICE DATE:   16 Mar 2021

INVOICE NUMBER:   IN2021/0088

### 3rd Dunning Letter

Dear Sir or Madam,
our records indicate that payment on your account is overdue in the amount specified below.

We kindly ask you to settle the balance as soon as possible. If the amount has been paid in the meantime, please disregard this notice.

Thank you in advance for your anticipated cooperation in this matter.

| DESCRIPTION | QUANTITY | UNIT PRICE | COST |
|---|---|---|---|
| Invoice amount from invoice IN2021/0088 | 1 | $ 1,812.50 | $ 1,812.50 |
| Late Payment Fee | 1 | $ 25.00 | $ 25.00 |
| | | Total | $ 1,837.50 |

FL3XX reserves the right to suspend use of the services 30 days after the due date of the initial invoice.

Exh. 6 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



| | |
|---|---|
| **TO** | **OFFICE** |
| Stellar Labs, Inc. | FL3XX GmbH |
| 1325 Howard Ave., PMB 412 | Kolingasse 11 |
| Burlingame, CA, 94010 | 1090 Wien |
| United States | |
| VAT: 47-1883414 | **EMAIL** |
| | billing@FL3XX.com |
| | **WEB** |
| | www.FL3XX.com |
| | **UID** |
| | ATU65697249 |
| | **BANK** |
| | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

**INVOICE DATE:** 16 Mar 2021

**INVOICE NUMBER:** IN2021/0089

### 3rd Dunning Letter

Dear Sir or Madam,
our records indicate that payment on your account is overdue in the amount specified below.

We kindly ask you to settle the balance as soon as possible. If the amount has been paid in the meantime, please disregard this notice.

Thank you in advance for your anticipated cooperation in this matter.

| DESCRIPTION | QUANTITY | UNIT PRICE | COST |
|---|---|---|---|
| Invoice amount from invoice IN2021/0089 | 1 | $ 1,562.50 | $ 1,562.50 |
| Late Payment Fee | 1 | $ 25.00 | $ 25.00 |
| | | Total | $ 1,587.50 |

FL3XX reserves the right to suspend use of the services 30 days after the due date of the initial invoice.

Exh. 6 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



| | |
|---|---|
| | **OFFICE** |
| | FL3XX GmbH |
| | Kolingasse 11 |
| | 1090 Wien |
| | |
| | **EMAIL** |
| | billing@FL3XX.com |
| | |
| | **WEB** |
| | www.FL3XX.com |
| **TO** | |
| **Stellar Labs, Inc.** | **UID** |
| 1325 Howard Ave., PMB 412 | ATU65697249 |
| Burlingame, CA, 94010 | |
| United States | **BANK** |
| VAT: 47-1883414 | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

**INVOICE DATE:** 16 Mar 2021

**INVOICE NUMBER:** IN2021/0090

### 3rd Dunning Letter

Dear Sir or Madam,
our records indicate that payment on your account is overdue in the amount specified below.

We kindly ask you to settle the balance as soon as possible. If the amount has been paid in the meantime, please disregard this notice.

Thank you in advance for your anticipated cooperation in this matter.

| DESCRIPTION | QUANTITY | UNIT PRICE | COST |
|---|---|---|---|
| Invoice amount from invoice IN2021/0090 | 1 | $ 931.00 | $ 931.00 |
| Late Payment Fee | 1 | $ 25.00 | $ 25.00 |
| | | Total | $ 956.00 |

FL3XX reserves the right to suspend use of the services 30 days after the due date of the initial invoice.

Exh. 6 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



|  |  |
|---|---|
| **TO** | **OFFICE** |
| Stellar Labs, Inc. | FL3XX GmbH |
| 1325 Howard Ave., PMB 412 | Kolingasse 11 |
| Burlingame, CA, 94010 | 1090 Wien |
| United States | |
| | **EMAIL** |
| VAT: 47-1883414 | billing@FL3XX.com |
| | **WEB** |
| | www.FL3XX.com |
| | **UID** |
| | ATU65697249 |
| | **BANK** |
| | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

**INVOICE DATE:** 16 Mar 2021

**INVOICE NUMBER:** IN2021/0091

### 3rd Dunning Letter

Dear Sir or Madam,
our records indicate that payment on your account is overdue in the amount specified below.

We kindly ask you to settle the balance as soon as possible. If the amount has been paid in the meantime, please disregard this notice.

Thank you in advance for your anticipated cooperation in this matter.

| DESCRIPTION | QUANTITY | UNIT PRICE | COST |
|---|---|---|---|
| Invoice amount from invoice IN2021/0091 | 1 | $ 2,994.00 | $ 2,994.00 |
| Late Payment Fee | 1 | $ 25.00 | $ 25.00 |
| | | Total | $ 3,019.00 |

FL3XX reserves the right to suspend use of the services 30 days after the due date of the initial invoice.

Exh. 6 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO



| | |
|---|---|
| | **OFFICE** |
| | FL3XX GmbH |
| | Kolingasse 11 |
| | 1090 Wien |
| **TO** | |
| **Stellar Labs, Inc.** | **EMAIL** |
| 1325 Howard Ave., PMB 412 | billing@FL3XX.com |
| Burlingame, CA, 94010 | **WEB** |
| United States | www.FL3XX.com |
| VAT: 47-1883414 | **UID** |
| | ATU65697249 |
| | **BANK** |
| | VKB Bank |
| | IBAN: AT861860000010710994 |
| | BIC: VKBLAT2L |

INVOICE DATE:   16 Mar 2021

INVOICE NUMBER:   IN2021/0092

### 3rd Dunning Letter

Dear Sir or Madam,
our records indicate that payment on your account is overdue in the amount specified below.

We kindly ask you to settle the balance as soon as possible. If the amount has been paid in the meantime, please disregard this notice.

Thank you in advance for your anticipated cooperation in this matter.

| DESCRIPTION | QUANTITY | UNIT PRICE | COST |
|---|---|---|---|
| Invoice amount from invoice IN2021/0092 | 1 | $ 18,016.00 | $ 18,016.00 |
| Late Payment Fee | 1 | $ 25.00 | $ 25.00 |
| | | Total | $ 18,041.00 |

FL3XX reserves the right to suspend use of the services 30 days after the due date of the initial invoice.

Exh. 6 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO