

15 June 2021

FL3XX GmbH
c/o Paolo Sommariva
Kolingasse 11
1090 Vienna, Austria

Via email

**Re: 9 June 2021 Termination Notice**

Dear Mr. Sommariva,

Stellar has received your letter of 9 June 2021 (the "Termination Letter"), which purports to terminate the Reciprocal Reseller Agreement dated 13 March 2020 (the "RRA") with immediate effect. Stellar categorically denies that any of the issues you bring up in the Termination Letter rise to a level that permits your unilateral termination. Stellar considers the RRA still to be in full effect, and thus we expect FL3XX to continue to fulfill its obligations under this agreement.

The bulk of the Termination Letter asserts a claim of nonpayment of invoices by Stellar. You must be aware that our respective accounting departments have discussed these invoices and are working in good faith to resolve the issues. There has been no formal dispute on this matter until such was brought forth in the Termination Letter, thus FL3XX has no right unilaterally to terminate under Section 8.2.

The Termination Letter also alleges that Stellar is not providing "proper First Line Support," as required by Section 3.2 of the RRA. Without specifics, Stellar has no basis to evaluate your claim. Furthermore, this is the first notice Stellar has had of this claim, so it would certainly not be cause for unilateral termination.

It is unfortunate that FL3XX is attempting a unilateral termination of the RRA without trying to resolve problems through good-faith negotiations. FL3XX's current path will inevitably lead to litigation in US courts, which will be a very expensive, time-consuming, and damaging process for both companies.

We accept that operational friction and disagreements have arisen between our companies since we signed the Master Strategic Alliance Agreement (the "MSAA") and RSA and as the business has evolved during the Covid pandemic. The Steering Committee is meant to be the proper forum for guiding our shared business processes. For formal disputes between the companies, the MSAA (in Article 13) lays out a clear dispute resolution process that we are obliged to follow. In the context of this dispute resolution process, Stellar will note that 9 June 2021 is the notification date with respect to any timelines associated with your claims in the Termination Letter.

As outlined in Article 13, we should make immediate plans for company leadership to meet and to engage in good-faith negotiations to resolve any issues. If that fails, we can proceed to mediation. Please respond with proposed dates for company leadership to meet and work on the issues presented in your Termination Letter. Given the current travel restrictions, we could conduct this meeting via video conference but should look to meet in person as soon as possible. Also, although not required, Stellar recommends engaging a facilitator to keep the discussion focused. Stellar would pay for such service.

Sincerely,

/s/ Vicki Nakata
CEO, Stellar Labs, Inc.

Stellar Labs Inc. | 1325 Howard Ave #412, Burlingame, CA 94010-4212
info@stellar.aero | www.stellar.aero
Exh. 7 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO