**From:** Fabian Bello <fbello@journeyflight.com>
**Date:** July 9, 2021 at 12:03:26 AM EDT
**To:** Paolo Sommariva ✈️ FL3XX <paolo.sommariva@fl3xx.com>
**Cc:** FL3XX Sales <sales@fl3xx.com>, Brett Baumeister <BBaumeister@journeyflight.com>
**Subject: Re: FL3XX update**

Dear Paolo,

Thanks for your email but in all honesty, I am not very comfortable with what I read as a brazen email.  And I can't help but have mixed emotions of how this was managed.  This truly seems like a bait and switch tactic which eliminates the entire team we have been developing a relationship with for well over two years to ensure a smooth and perfect transition.  Who will take this over?  Who does the US team consist of?

How about all the integrations with Stellar?  They have developed reporting in the last year and a bunch of tools we were counting on to go live.  You all have this integrated into Flex and even if a new contract, you would work with them?  There are several work orders pending and in progress.  What happens to those?

Please provide a bit more clarity as I now have an excessive amount of doubt, concerns, and an overall uncomfortable feeling.  You have cut out the team we came to trust and intimately know for one that is completely foreign and unknown.

Best regards,

Fabian Bello

CEO

Journey Aviation

**From:** Paolo Sommariva ✈️ FL3XX <paolo.sommariva@fl3xx.com>
**Date:** Thursday, July 8, 2021 at 6:14 PM
**To:** Fabian Bello <fbello@journeyflight.com>
**Cc:** FL3XX Sales <sales@fl3xx.com>
**Subject:** FL3XX update

Dear Fabian,

Greetings from FL3XX, I hope this message finds you well.

I am the Co-Founder and CEO of FL3XX. Some changes are coming about, so I thought you should be thoroughly informed. There are several different levels to it, so let me try and lay it out in a simple way.

Before we get into the details, I would like to make sure that you know we at FL3XX are more than ever committed to be the #1 system of choice for aircraft operators in the USA.

We wish to ensure we have the best partnership with you and that you, all your teams, and especially your customers are completely happy with the services.

Let's start with the commercial side.
The reseller relationship with Stellar is over, though we continue to collaborate in partnership to provide you with the integration of the great services they provide. We have a great relationship, though over time we all realized that the formulation of a reseller agreement was difficult to run. Please consider this information as confidential and we are going to make public announcements in the coming days.

Your service contract with Stellar is no longer valid at this point, but rest assured the services provided will not suffer and will continue indefinitely with the same level of quality and support. We will come to you very soon with a new version of the contract that will reflect the exact same conditions you had with Stellar, so that even from a commercial perspective nothing changes. It's going to be business as usual.

To provide you with more clarity, I'd also like to schedule a brief call in the next few days. Please let me know a suitable time, and I look very much forward to speaking with you to tell you more about this upgrade and the exciting future of FL3XX in the U.S. You can also call me anytime on my cell at +4369914477200.

On the technical side, we have been working on a significant upgrade of our infrastructure. The results of that are coming online next week on 15 July 2021.

For you, it means your access to the FL3XX service will be faster and exclusively served on U.S. computers. This is a complete FedRAMP-approved hosting solution that meets any and all requirements you may have in terms of compliance to any U.S. administration. Please refer to the details for this implementation in the attached document which you may circulate to your teams. We shall also directly contact all the users of the FL3XX platform to inform them individually on how to upgrade their user experience.

In terms of support, we have an improved reaction time and process that you can access via the application. Users will find all the details when they log in and open the support panel. Again we want to stress that Stellar is now unable to service support requests and they need to be routed through the various means specified in the application.

The service we provide is constantly improving and look forward to your challenges to strengthen our relationship.


Sincerely,

Paolo Sommariva
CEO and Co-Founder FL3XX