

July 16, 2021

FL3XX GmbH
c/o Paolo Sommariva
Kolingasse 11
1090 Vienna, Austria

Online Delivery Technologies
c/o Phillip Coulombe
1 Aviation Lane
Greenville, SC 29607

Via email and post

**Cease & Desist:  Marketing and Selling of FL3XX Software in the United States**

Dear Messrs. Sommariva and Coulombe,

As you both are aware, Stellar Labs, Inc. ("Stellar") and FL3XX GmbH ("FL3XX") are parties to a Reciprocal Reseller Agreement dated 12 March 2020 (the "RRA").  Service Schedule #1 attached to the RRA provides that Stellar has exclusive rights to "market and sell" the FL3XX aviation management platform (the "FL3XX Software") within the Americas, which includes the United States.  Furthermore, the exclusivity provision explicitly states that "the Provider" (i.e., FL3XX) is subject to the restriction.

Stellar is aware of several attempts by FL3XX or Online Delivery Technologies ("ODT") to directly market and sell the FL3XX product to prospective customers in the United States, within Stellar's exclusive territory.  For example, we know that Gulfstream Aerospace and Berry Aviation have been contacted.

Additionally, on July 8, 2021, in clear breach of the RRA, FL3XX sent emails to Stellar-contracted customers asserting that their contracts with Stellar were no longer in effect and that FL3XX would take over servicing and supporting those customers.  Aside from the legal absurdity of an outside party declaring Stellar's contracts with customers as voided, these emails are a brazen attempt to hijack Stellar's exclusive reseller rights.

Stellar demands that both FL3XX and ODT immediately cease all direct marketing or selling of the FL3XX Software within the restricted territory.  Due to the ambiguous business relationship between FL3XX and ODT, Stellar asserts its demand against each company separately.

Stellar Labs Inc. | 1325 Howard Ave #412, Burlingame, CA 94010-4212, USA
info@stellar.aero | www.stellar.aero
Exh. 9 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

STELLAR

Additionally, Stellar notes that ODT's website previously referenced Stellar as the exclusive reseller in the US market but that statement has been removed from the website.  Any collusion between FL3XX and ODT to present to the public that Stellar is not the exclusive reseller will be cause for claims by Stellar against FL3XX and ODT, both jointly and individually.

Absent a prompt cessation of such acts violating Stellar's exclusivity rights, we will take appropriate legal action to protect and defend our agreed upon rights to market and sell the FL3XX Software in the restricted territory.  Any further violative marketing or selling occurring after the receipt of this letter shall be considered a willful violation.

Sincerely,

/s/ Vicki Nakata
CEO, Stellar Labs, Inc.

Stellar Labs Inc. | 1325 Howard Ave #412, Burlingame, CA 94010-4212, USA
info@stellar.aero | www.stellar.aero
Exh. 9 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO