From: **Paolo Sommariva** ✈️ **FL3XX** <paolo.sommariva@fl3xx.com>
Date: Fri, Jul 23, 2021 at 3:51 AM
Subject: Re: Jet Edge - Outgoing Email Verbiage, Target Start Date & Priority List
To: Casey Pelletiere <cpelletiere@stellar.aero>, Stefan Oberender <stefan.oberender@fl3xx.com>, Fl3xx Support <support@fl3xx.com>, Andras Simon <andras.simon@fl3xx.com>
Cc: Fred Powell <fred@stellar.aero>, Tad Doxsee <tad@stellar.aero>, Phillip Coulombe <phillip.coulombe@onlinedeliverytechnologies.com>

Dear Casey,

thank you for all this great work.   You might not be informed by your management, so let me do that instead.   Since well over a month, Stellar is no longer the reseller of FL3XX in the USA.  For what concerns Stellar products/services that are integrated with the FL3XX platform, nothing changes.

Given the above situation, I kindly ask you to take notice and do not talk to JetEdge or any other FL3XX customer about or on behalf of FL3XX.

Thank you for your understanding.

Sincerely,
Paolo


On 23.Jul.2021, at 09:26, Stefan Oberender <stefan.oberender@fl3xx.com> wrote:

we now have two parallel work streams with JetEdge. Clearly Stellar tries to remain relevant.
how are we going to proceed here?


Begin forwarded message:

**From:** Casey Pelletiere <cpelletiere@stellar.aero>
**Subject: Jet Edge - Outgoing Email Verbiage, Target Start Date & Priority List**
**Date:** 22.July, 2021 at 19:20:19 GMT+2
**To:** Stefan Oberender <stefan.oberender@fl3xx.com>, Fl3xx Support <support@fl3xx.com>, Andras Simon <andras.simon@fl3xx.com>

Exh. 10 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

**Cc:** Joseph Picos <jpicos@flyjetedge.com>, david@product.org, bharounian@flyjetedge.com, Fred Powell <fred@stellar.aero>, phillip.coulombe@fl3xx.com, Tad Doxsee <tad@stellar.aero>

FL3XX,

I hope all is well with you and the team.

Jet Edge would like to make some changes to the email verbiage (see attached) that is used in sending out items from FL3XX.  I have included the Jet Edge team that is facilitating the project.

Can you please keep me cc'd on the progress, any questions you may have, or meetings regarding these items?

We have a target date of going live in the system of October 4th.

We would hope you are able to make these changes, changes to the quote documents (we previously send) and the webhooks by then.

We have added one last item (promise) to the list previously provided which was as follows that is needed by October 4th:

1 - The API request (FCS-429)
2 - The trip and quote will need to be separated (FCS-433)
3 - Flight Bridge (FCS-112)

4 - Fuelerlinx (FCS-389 & FCS-112)
5 - Trip Purpose & Trip Type Fields (FCS-430)

I have attached the complete list of items (attached below), which is very much in line with most US Customers.  If you can please add the status of the item, a completion target date to the list, attach the document, and reply all with the edits.

Please note some items are Stellar items as well but may need some communication and assistance from the FL3XX team.

We greatly appreciate your time and effort on these items in advance.

Sincerely,
Casey Pelletiere
Customer Success Manager



STELLAR LABS
T: 866 594-3696 (Support)
E: support@stellar.aero (Support)
C:  619-402-9232

<Email Default Text-Grid view.csv>
<Jet Edge - Priority List of Items Needed.csv>

Exh. 10 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO

--

**Fred Powell**
VP Product and Customer Success

STELLNR ⋷⋷ FL3XX

205 Park Road
Burlingame, CA 94010
Cell: (540) 466-0404
(844) 887-8355
www.stellar.aero
www.fl3xx.com

Exh. 10 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO