

18 June 2021

FL3XX GmbH
c/o Paolo Sommariva
Kolingasse 11
1090 Vienna, Austria

Via email

**Re: Outstanding Invoices**

Dear Mr. Sommariva,

Your letter of 9 June 2021 (the "Termination Letter") asserts a claim of nonpayment of invoices by Stellar. Our respective accounting departments had previously discussed these invoices and were working in good faith to resolve the issues. Herein is our position on each of the five outstanding invoices.

1. FL3XX invoice IN2021/0088

| | |
|---|---|
| Date | 16 March 2021 |
| Amount | $1,812.50 |
| Account | Freight Runners Express |
| Stellar invoice | #31533, 10 February 2021 |
| For | Monthly software subscription |
| Resolution | Software was not usable by the customer. Blocking issues at the time, including regulations, crew positions, and flight attendants, have since been resolved. Stellar will cancel invoice #31533. |

2. FL3XX invoice IN2021/0089

| | |
|---|---|
| Date | 16 March 2021 |
| Amount | $1,562.50 |
| Account | Spirit Jets |
| Stellar invoice | #31534, 10 February 2021 |
| For | Monthly software subscription plus upgraded support |
| Resolution | Software was not usable by the customer. Blocking issues included eAPIS, QuickBooks, Foreflight, APG, passenger weights, and expenses in the crew app. Stellar will cancel invoice #31534. |

STELLAR

3. FL3XX invoice IN2021/0090

| Date | 16 March 2021 |
|---|---|
| Amount | $931.00 |
| Account | Jet Methods |
| Stellar invoice | #31532; 1 February 2021 |
| For | Monthly software subscription |
| Resolution | Jet Methods was not able to use the software. The account is considered at risk. Stellar will cancel invoice #31532. |

4. FL3XX invoice IN2021/0091

| Date | 16 March 2021 |
|---|---|
| Amount | $2,994.00 |
| Account | Journey Aviation |
| Stellar invoice | #31568; 12 February 2021 |
| For | Monthly software subscription plus upgraded support |
| Resolution | Journey is not able to use the software and is awaiting the US-based instance. Stellar will cancel invoice #31568. |

5. FL3XX invoice IN2021/0092

| Date | 16 March 2021 |
|---|---|
| Amount | $18,041.00  (= $18,016.00 + $25.00 late fee) |
| Account | Phoenix Air Group |
| Stellar invoices | Nos. 31444, 31449, 31503, 31531, 31535; November 2020 - February 2021 |
| For | Monthly software subscription (four months) plus custom development |
| Resolution | Stellar disagrees with FL3XX's calculation of the owed amount. The US Dollar Price List was being changed at the time this contract was quoted. Stellar quoted and signed this deal at prices we believed were correct at the time. In good faith, Stellar is wiring $18,041.00 immediately, subject to Stellar's reservation of rights outlined further in this response letter. |

In summary, Stellar asserts that all alleged payment disputes were under consideration by our respective accounting departments. Four of your five claims are undisputedly invalid as an end-user customer is only required to pay for services actually provided. Section 4.2 of the Reciprocal Reseller Agreement articulates that fees "are based on Customer Subscriptions and the actual usage therein." Although Stellar is willing to pay the $18,041.00 associated with INV2021/0092, Stellar reserves its rights to dispute any amounts associated with price list changes made during a sales process.

Sincerely,

Stellar Accounting

  cc: Vicki Nakata

Stellar Labs Inc. | 1325 Howard Ave #412, Burlingame, CA 94010-4212
info@stellar.aero | www.stellar.aero
Exh. 11 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO