

July 12, 2021

FL3XX GmbH
c/o Paolo Sommariva, Stefan Oberender
Kolingasse 11
1090 Vienna, Austria

Via email and post

**Re: Demand for Mediation**

Dear Paolo and Stefan,

On June 15, 2021, Stellar sent you its response (hereinafter, "Stellar's Response Letter") to your earlier letter purporting to terminate the Reciprocal Reseller Agreement dated March 13, 2020 (the "RRA"). As a reminder, none of the issues mentioned in your letter rise to a level that permits your unilateral termination and therefore the RRA is still in full effect. We expect FL3XX to continue to fulfill its obligations under this agreement.

FL3XX is duly reminded that it is also subject to the underlying Master Strategic Alliance Agreement dated March 10, 2020 (the "MSAA"). Article 13 of the MSAA lays out a specific resolution process under which our current dispute must follow.

Stellar's Response Letter explicitly asked for you to enter good faith negotiations to resolve our dispute. On June 21 and June 25, 2021, Stellar followed up with emails outlining a possible path forward and asked you to enter negotiations. Additionally, at our Steering Committee call on July 7, 2021, Stellar asked you to outline a proposal for moving forward, which you refused. You have indicated to Stellar that you will not negotiate in good faith and that you do not accept Stellar's offer to conduct such negotiations. To that end, Stellar hereby demands that FL3XX enter mediation with Stellar within thirty (30) days of the receipt of this letter.

Both the MSAA and RRA are governed by California law with jurisdiction in San Mateo County. Thus, we will engage a mediator with knowledge of California law. Stellar is open to selecting a mediator via JAMS (https://www.jamsadr.com/) or a solo mediator who is properly credentialed. Please advise by July 16, 2021, your preferences for selecting a mediator and dates you are available for mediation. Stellar will leave it to FL3XX to evaluate the legal repercussions of not following a contractual dispute resolution process. Lastly, as is standard practice in the US, Stellar and FL3XX will equally share the costs of mediation.

Sincerely,

/s/ Vicki Nakata
CEO, Stellar Labs, Inc.

Stellar Labs Inc. | 1325 Howard Ave #412, Burlingame, CA 94010-4212, USA
info@stellar.aero | www.stellar.aero

Exh. 12 - Declaration of Vicki Nakata ISO Ex Parte Motion for TRO