From: **Vicki Nakata** <vnakata@stellar.aero>
Date: Mon, Jun 21, 2021 at 8:11 PM
Subject: A path forward
To: Paolo Sommariva ✈ FL3XX <paolo.sommariva@fl3xx.com>, Stefan Oberender <stefan.oberender@fl3xx.com>
Cc: Fred Powell <fred@stellar.aero>

Dear Paolo and Stefan,

We have heard and acknowledge your concerns, and we are committed to working with you on a resolution.  For your consideration, a possible path forward for our companies:

1) Mutual termination of the reseller agreement
2) Contemporaneous signing of a mutual integration agreement
3) Current Americas customers retain their contracts but transition to FL3XX for onboarding/support

Let me know if you'd like to discuss tomorrow.  Are you available at 10am PT / 7pm CET?

Sincerely,
Vicki

--
**Vicki Nakata**, CEO
STELLAR
+1 808 225 9067