From: **Vicki Nakata** <vnakata@stellar.aero>
Date: Fri, Jun 25, 2021 at 4:03 PM
Subject: Re: A path forward
To: Paolo Sommariva ✈ FL3XX <paolo.sommariva@fl3xx.com>, Stefan Oberender <stefan.oberender@fl3xx.com>
Cc: Fred Powell <fred@stellar.aero>

Dear Paolo,

I have been apprised of your recent conversations with and email to Fred.  The stalemate you mention exists because the dispute resolution process required under the reseller and alliance agreements is not being followed by FL3XX.  To that end, Stellar once again asks to engage in leadership negotiations, preferably with a neutral facilitator.

Stellar does not accept your attempt at unilateral termination of the reseller agreement and there is no termination for convenience provision.  Stellar has engaged legal counsel on this matter, and we are prepared to go that direction if FL3XX is unwilling to follow the dispute resolution process outlined in the agreement.

We have heard your concerns and recognize there is mutual frustration with selling and supporting FL3XX in the US market.  Earlier this week I proposed a framework for moving forward that would directly address these concerns.  In addition, this new framework allows for us to mutually agree upon a new sales agreement if that is of interest.  To restate, the framework is as follows:

1) Mutual termination of the reseller agreement.
2) Contemporaneous signing of a mutual integration agreement.
3) Current Americas customers retain their contracts but transition to FL3XX for onboarding/support.

Please respond to this email by Monday so that we can move forward.  I am also available by phone this weekend.  I remain hopeful that we can resolve this situation quickly and thoughtfully, and I am ready and willing to talk.

Thank you,
Vicki

On Mon, Jun 21, 2021 at 8:11 PM Vicki Nakata <vnakata@stellar.aero> wrote:
> Dear Paolo and Stefan,
>
> We have heard and acknowledge your concerns, and we are committed to working with you on a resolution.  For your consideration, a possible path forward for our companies:
>
> 1) Mutual termination of the reseller agreement
> 2) Contemporaneous signing of a mutual integration agreement

3) Current Americas customers retain their contracts but transition to FL3XX for onboarding/support

Let me know if you'd like to discuss tomorrow.  Are you available at 10am PT / 7pm CET?

Sincerely,
Vicki

--
**Vicki Nakata**, CEO
STELLNR
+1 808 225 9067