REBECCA D. TAKACS, SBN 304015
takacs@oles.com
OLES MORRISON RINKER & BAKER, LLP
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 903-2001
Facsimile: (510) 903-2015

*Attorneys for Plaintiff,*
*Stellar Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STELLAR LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FL3XX GmbH, a foreign entity; ONLINE DELIVERY TECHNOLOGIES a foreign entity and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-05879-SK<br><br>Judge: Hon. Sallie Kim<br>Hearing: October 4, 2021 at 9:30 a.m<br><br>**DECLARATION OF FABIAN BELLO IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Fabian Bello, declare as follows:

1. I am the Chief Executive Office of Journey Aviation, LLC, a private aircraft operator and manager with offices in Boca Raton, Florida; Teterboro, New Jersey; and Van Nuys, California.

2. I am providing this declaration at the express request of Stellar Labs, Inc. to avoid the costs of discovery.

3. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

4. On or about August 21, 2020, Journey Aviation, LLC entered a Master Services Agreement with Stellar Labs, Inc. Attached hereto as Exhibit 1 is a true and correct copy of the Master Services Agreement.

5. On or about July 8, 2021, I received an email from Paola Sommariva of FL3XX GmbH stating, in part, that the "reseller relationship with Stellar is over" and that Journey Aviation, LLC's "service contract with Stellar is no longer valid." Attached hereto as Exhibit 2 is a true and correct copy of the email.

6. On or about August 7, 2021 to August 11, 2021, I received a series of emails from Paolo Sommariva of FL3XX GmbH and Phillip Coulombe of Online Delivery Technologies with attachments identified as a Master Services Agreement and Services Proposal. Attached hereto as Exhibit 3 is a true and correct copy of those emails and attachments.

7. On or about August 19, 2021 to September 20, 2021, I received a series of emails from Phillip Coulombe of Online Delivery Technologies explaining its business structure and relationship to FL3XX entities. Attached hereto as Exhibit 4 is a true and correct copy of those emails and attachments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2021.

*Fabián Bello*
Fabián Bello (Sep 30, 2021 13:16 MDT)

Fabian Bello

- 2 -
Declaration of Fabian Bello ISO *Ex Parte* Motion for TRO        Case No.: 3:21-cv-05879-SK

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 492 Ninth Street, Suite 220, Oakland, California 94607. On October 1, 2021, I served a true copy of the document listed below on the involved parties in said cause, in the manner indicated as follows.

**DECLARATION OF FABIAN BELLO IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

Peter Vestal, Esq.
Niesar & Vestal LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

*Attorney for Defendants*
*FL3XX GmbH and*
*Online Delivery Technologies*

☐ Via USDC CM-ECF system
☐ Via U.S. Mail
☒ Via email: pvestal@nvlawllp.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Oakland, California, on October 1, 2021.

_____
Delores McCullum