Peter Vestal (SBN 159440)
pvestal@nvlawllp.com
John Kelley (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Defendants
FL3XX GMBH and ONLINE DELIVERY TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STELLAR LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FL3XX GMBH, et al., <br><br> Defendants. | Case No. 3:21-cv-05879-EMC <br><br> **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | INTEREST |
|---|---|
| Artsiom Anisimau | Shareholder & officer, FL3XX, GmbH |
| Phillip Coulombe | Shareholder & officer, Online Delivery Technologies, Inc. |
| Stefan Oberender | Shareholder & officer, FL3XX, GmbH |
| Carl Johann Filip Ranebo | Shareholder & employee, FL3XX, GmbH |

1 | Paolo Sommariva        Shareholder & officer, FL3XX, GmbH

3  Dated:  October 4, 2021            NIESAR & VESTAL LLP

   By:   /s/ John A. Kelley
   John A. Kelley
   Attorneys for Defendants