REBECCA D. TAKACS, SBN 304015
takacs@oles.com
OLES MORRISON RINKER & BAKER LLP
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 903-2001
Facsimile: (510) 903-2015

DOUGLAS S. OLES, admitted *pro hac vice*
oles@oles.com
OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101
Telephone: (206) 623-3427
Facsimile: (206) 623-6234

*Attorneys for Plaintiff,*
*Stellar Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLAR LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FL3XX GmbH, a foreign entity; ONLINE DELIVERY TECHNOLOGIES, a foreign entity and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-05879-EMC<br><br>JOINT LETTER ON ADR<br><br>Complaint filed: July 30, 2021 |

The parties submit the following joint letter on ADR per the Court's Order Regarding Continuance of Case Deadlines (ECF 32) and Order Denying Plaintiff's Motion for a Temporary Restraining Order (ECF 28).

The parties have been unable to agree to an ADR process due to issues related to discovery and the date of completion of the ADR process. The parties agree to continue conferring on ADR.

-1-

### Plaintiff Stellar Labs, Inc.'s Position

Plaintiff Stellar Labs, Inc. ("Stellar") will participate in court-sponsored early neutral evaluation, private mediation,[1] or a settlement conference with a magistrate judge. Plaintiff agrees to complete ADR by January 31, 2022, if not earlier.

Stellar expects the following discovery will assist in the ADR process: documents explaining FL3XX's basis for its unilateral termination of Stellar; documents showing all US customers of FL3XX including contracts; emails from FL3XX to U.S. customers and potential U.S. customers marketing or selling its software; and documents pertaining to FL3XX's affirmative defenses or counterclaims, including damages (if any).

Stellar expects that depositions prior to ADR being completed by the end of January 2022 will only be necessary if FL3XX does not produce these documents. Stellar has not seen FL3XX's affirmative defenses or counterclaim (if any) because FL3XX's responsive pleading is due November 4, 2021.

### Defendant FL3XX GmbH's Position

FL3XX GmbH ("FL3XX") is willing to participate in court-sponsored early neutral evaluation if the parties agree to stay discovery, excepting initial disclosures, pending completion of the ENE proceeding. FL3XX is prepared to complete EME during the month of January, 2022, or as soon thereafter as the parties and the neutral are able to convene if that is not possible.

FL3XX is also prepared to participate in ENE without prior recourse to discovery, including initial disclosures to the extent Stellar and the Court are amenable.

---

[1] Mediation is required by the Master Strategic Alliance Agreement. (ECF 26-2 at p. 13.)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 28, 2021 | OLES MORRISON RINKER & BAKER LLP |
| 3 | | |
| 4 | | By: */s/ Rebecca D. Takacs* |
| | | Rebecca D. Takacs |
| 5 | | Attorneys for Plaintiff |
| | | Stellar Labs, Inc. |
| 6 | Dated: October 28, 2021 | NIESAR & VESTAL LLP |
| 7 | | |
| 8 | | By: */s/ Peter Vestal* |
| | | Peter Vestal |
| 9 | | Attorneys for Defendant |
| | | FL3XX GmbH |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Rebecca D. Takacs, attest that concurrence in the filing of this document has been obtained.

                                               */s/ Rebecca D. Takacs*
                                                   Rebecca D. Takacs

**PROOF OF SERVICE**

I declare that I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 492 Ninth Street, Suite 220, Oakland, California 94607. On October 28, 2021, I served a true copy of the document listed below on the involved parties in said cause, in the manner indicated as follows.

**JOINT LETTER ON ADR**

| | |
|---|---|
| Peter Vestal, Esq.<br>John Kelley, Esq.<br>Niesar & Vestal LLP<br>90 New Montgomery Street, 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5300<br>Facsimile: (415) 882-5400<br><br>*Attorneys for Defendant*<br>*FL3XX GmbH* | ☒  **Via USDC CM-ECF system** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Oakland, California, on October 28, 2021.

/s *Rebecca D. Takacs*
   Rebecca D. Takacs

4818-8829-4143, v. 1