UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stellar Labs, Inc.

                        Plaintiff(s)

v.

FL3XX GmbH

                        Defendant(s)

CASE No C  3:21-cv-05879-EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: November 23, 2021      Rebecca D. Takacs
                                Attorney for Plaintiff

Date: December 6, 2021      Peter Vestal
                                Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

                                       U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Rebecca D. Takacs, attest that concurrence in the filing of this document has been obtained.

*/s/ Rebecca D. Takacs*
Rebecca D. Takacs

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

2  I declare that I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 492 Ninth Street, Suite 220, Oakland, California 94607. On December 7, 2021, I served a true copy of the document listed below on the involved parties in said cause, in the manner indicated as follows.

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

| | |
|---|---|
| Peter Vestal, Esq.<br>John Kelley, Esq.<br>Niesar & Vestal LLP<br>90 New Montgomery Street, 9th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5300<br>Facsimile: (415) 882-5400<br><br>*Attorneys for Defendants*<br>*FL3XX GmbH and*<br>*Online Delivery Technologies* | ☒ **Via USDC CM-ECF system**<br>☐ Via U.S. Mail<br>☐ Via email: pvestal@nvlawllp.com<br>☐ Via email: jkelley@nvlawllp.co |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Oakland, California, on December 7, 2021.

　　　　　　　　　　　　　　　　　　　　*/s/ Delores McCullum*
　　　　　　　　　　　　　　　　　　　　Delores McCullum

4881-6946-6373, v. 1