UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLAR LABS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>FL3XX GMBH, <br><br>　　　　　Defendant. | Case No. 21-cv-05879-EMC <br><br>**ORDER RE STATUS REPORT** <br><br>Docket No. 154 |

　　　　As ordered by the Court, the parties have filed a status report.  Not surprisingly, the parties continue to be at loggerheads and are unable to reach agreement on the smallest of matters.  Consistent with this entire litigation, the parties have wasted their own time as well as that of the Court and incurred unnecessary attorneys' fees.

　　　　The Court rules as follows.

　　　　1.　　The Court ordered the parties to meet and confer because, although Stellar did not breach the RRA, it admitted that, after the litigation was filed, it received some revenues some of which should be shared with FL3XX.  *See* FF&CL ¶ 71.  The Court cited to Stellar's Post-Trial Brief which discussed Invoice 31535.  This was the only invoice brought to the Court's attention and was the one to which the parties were to meet and confer.  The Court did not intend to reopen proceedings for the admission of new argument or evidence.  The trial in the case was completed save the one exception.

　　　　2.　　The parties agree that Stellar owed FL3XX $7,168 for Invoice 31535.  However, Stellar argues that it should not have to pay FL3XX this sum because, but for the damages cap under the RRA ($100,000), it would have even greater damages, and therefore Stellar should be

awarded the full $100,000 without any offset for the $7,168 owed. The Court rejects this argument. The litigation was about what was in dispute between the parties. Stellar admitted that it owed some fees to FL3XX. Thus, that was outside the scope of the litigation.

The Court deems this matter closed. There is no need to alter the final judgment entered by the Court.

**IT IS SO ORDERED**.

Dated: April 16, 2024

_____
EDWARD M. CHEN
United States District Judge